**ORDERED.**

**Dated: July 18, 2008**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-09102/0061971172

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 4:08-bk-02902-EWH |
|---|---|
| Tasha M. Lockwood | Chapter 13 |
| Debtor. | O R D E R |
| WFDS 708 | |
| Movant, vs. | (Relating to docket # 10) |
| Tasha M. Lockwood, Debtor; Dianne C. Kerns, Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2008.

_____
JUDGE OF U.S. BANKRUPTCY COURT

**GRANTED**